```
USDS SDNY
DOCUMENT
ELECTRONICALLY [FILED]
DOC #: _____
DATE FILED: 5/23/2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

      -against-

SALATHIEL LUIS MORA,

              Defendant.
------------------------------------------------------------X

07 cr 450 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Tuesday, May 29, 2007 at 3:00pm** before the Honorable John G. Koeltl.

Since the additional time to schedule a conference in this matter is due to the unavailability of the parties, the Court prospectively excludes the time from today until **May 29, 2007** in calculating the speedy trial date under 18 U.S.C. § 3161 because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

                                                _Loretta A. Preska_
                                                **LORETTA A. PRESKA**
                                                **UNITED STATES DISTRICT JUDGE**
                                                _Part I_

Dated: New York, New York
         May 23, 2007