```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

SALATHIEL LUIS MORA,
                Defendant.

---

07 Cr. 450 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **July 13, 2007 at 3:00 p.m.**

    Because an adjournment is needed to assure the effective assistance of counsel, to allow the Government time to make discovery and the defense time to review it, and to allow the parties to discuss a disposition short of trial, the Court prospectively excludes the time from today, **May 29, 2007**, until **July 13, 2007** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:   New York, New York
         May 29, 2007

                                        John G. Koeltl
                                    United States District Judge