USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

SALATHIEL LUIS MORA,
                 Defendant.

07 Cr. 450 (JGK)

SPEEDY TRIAL ORDER

JOHN G. KOELTL, District Judge:

    Another conference is scheduled for **July 27, 2007 at 2:30 p.m.**

    Because an adjournment is needed to assure the effective assistance of counsel, to allow the parties to discuss a disposition short of trial, and to allow the defendant to determine what motions, if any, the defendant intends to make, the Court prospectively excludes the time from today, **July 12, 2007**, until **July 27, 2007** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

Dated:   New York, New York
        July 12, 2007

                                          _____
                                          John G. Koeltl
                                          United States District Judge