USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

07 cr 450 (JGK)

-against-

**SPEEDY TRIAL ORDER**

SALATHIEL LUIS MORA,

                            Defendant.
---------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Friday, July 27, 2007 at 2:30pm**

before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **July 27, 2007** in calculating the

speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because

the ends of justice served by such a continuance outweigh the best interest of the public and the

defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
        July 12, 2007

13