UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

      -against-

SALATHIEL LUIS MORA,

                        Defendant.
-----------------------------------------------------------X

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Wednesday, August 29, 2007 at 4:30pm** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **August 29, 2007** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A).

**SO ORDERED.**

Dated: New York, New York
       July 27, 2007

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE