UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

SALATHIEL MORA,

                Defendant.
-------------------------------------------------------------X

07 cr 450 (JGK)

**ORDER OF REMAND**

     For the reasons stated on the record on November 16, 2007, the defendant, Salathiel Mora, having been sentenced to 30 months imprisonment to run concurrently on counts one and two of the indictment, is hereby ordered remanded to the custody of the Bureau of Prisons to begin serving his sentence.

**SO ORDERED.**

                                                    JOHN G. KOELTL
                                       UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 21, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2008
```